**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**GARRETT YOUNG,**

     **Plaintiff,**

**v.**                                                                 **Case No.  4:25-cv-436-MCR-MAF**

**STATE OF FLORIDA, et al,**

     **Defendants.**

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on December 11, 2025, ECF No. 12. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference into this Order.

2.      Plaintiff's case is **DISMISSED** without prejudice based on Plaintiff's

failure to prosecute and failure to comply with court orders.

3.      The Clerk is directed to enter judgment accordingly and close this case

file.

**DONE and ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 4:25cv436-MCR-MAF